

IA # OIF-CFP2-DCO-01.0



# Implementation Agreement for CFP2-Digital Coherent Optics Module

IA # OIF-CFP2-DCO-01.0

*October 17, 2018*

Implementation Agreement created and approved
by the Optical Internetworking Forum
www.oiforum.com



IA # OIF-CFP2-DCO-01.0

The OIF is an international non profit organization with over 100 member companies, including the world's leading carriers and vendors. Being an industry group uniting representatives of the data and optical worlds, OIF's purpose is to accelerate the deployment of interoperable, cost-effective and robust optical internetworks and their associated technologies. Optical internetworks are data networks composed of routers and data switches interconnected by optical networking elements.

With the goal of promoting worldwide compatibility of optical internetworking products, the OIF actively supports and extends the work of national and international standards bodies. Working relationships or formal liaisons have been established with CFP-MSA, COBO, EA, ETSI NFV, IEEE 802.3, IETF, INCITS T11, ITU SG-15, MEF, ONF.

For additional information contact:
The Optical Internetworking Forum
5177 Brandin Ct, Fremont, CA 94538
510-492-4040 Φ info@oiforum.com

www.oiforum.com



IA # OIF-CFP2-DCO-01.0

| **Working Group:** | **Physical and Link Layer (PLL) Working Group** |
| | **Carrier Working Group** |

---

**TITLE:**  **Implementation Agreement for CFP2-Digital Coherent Optics Module**
**IA OIF-CFP2-DCO-01.0**

---

**SOURCE:**

**TECHNICAL EDITOR**

Yida Wen, Ph.D.
Huawei Technologies Co.,Ltd.
Address
Phone: +86 (755)-28972620
Email: wenyida@huawei.com

**TECHNICAL EDITOR**

Qian Liu
Huawei Technologies Co.,Ltd.
Address
Phone: +86 (27)-59266747
Email: liuqian9@huawei.com

**WORKING GROUP CHAIR**

David Stauffer, Ph.D.
Kandou Bus
Address
Phone:
Email: david@kandou.com

**WORKING GROUP CHAIR**

Junjie Li, Ph.D.
China Telecom
Address
Phone: +86 (10)-50902169
Email: lijj.bri@chinatelecom.cn

**ABSTRACT:** This contribution is the adopted baseline text for the CFP2 Digital Coherent Optics Module Implementation Agreement. OIF2016.297.07 is the original project start document for this project.

---



**IA # OIF-CFP2-DCO-01.0**

**Notice:** This Technical Document has been created by the Optical Internetworking Forum (OIF).  This document is offered to the OIF Membership solely as a basis for agreement and is not a binding proposal on the companies listed as resources above. The OIF reserves the rights to at any time to add, amend, or withdraw statements contained herein. Nothing in this document is in any way binding on the OIF or any of its members.

The user's attention is called to the possibility that implementation of the OIF implementation agreement contained herein may require the use of inventions covered by the patent rights held by third parties. By publication of this OIF implementation agreement, the OIF makes no representation or warranty whatsoever, whether expressed or implied, that implementation of the specification will not infringe any third party rights, nor does the OIF make any representation or warranty whatsoever, whether expressed or implied, with respect to any claim that has been or may be asserted by any third party, the validity of any patent rights related to any such claim, or the extent to which a license to use any such rights may or may not be available or the terms hereof.

© 2018 Optical Internetworking Forum

This document and translations of it may be copied and furnished to others, and derivative works that comment on or otherwise explain it or assist in its implementation may be prepared, copied, published and distributed, in whole or in part, without restriction other than the following, (1) the above copyright notice and this paragraph must be included on all such copies and derivative works, and (2) this document itself may not be modified in any way, such as by removing the copyright notice or references to the OIF, except as needed for the purpose of developing OIF Implementation Agreements.

By downloading, copying, or using this document in any manner, the user consents to the terms and conditions of this notice.  Unless the terms and conditions of this notice are breached by the user, the limited permissions granted above are perpetual and will not be revoked by the OIF or its successors or assigns.

This document and the information contained herein is provided on an "AS IS" basis and THE OIF DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE OR FITNESS FOR A PARTICULAR PURPOSE.



# 1    Table of Contents

0   Cover Sheet ................................................................................................ 1
1   Table of Contents ....................................................................................... 5
2   List of Figures ............................................................................................. 6
3   List of Tables .............................................................................................. 6
4   Document Revision History ......................................................................... 7
5   Introduction ................................................................................................ 8
6   Functional Description ................................................................................ 8
7   CFP2-DCO Hardware Signaling Pins ......................................................... 9
    7.1   Hardware Control Pins ........................................................................ 9
    7.2   Hardware Control Pins: Functional Description ................................. 9
    7.3   Hardware Alarm Pins ........................................................................ 10
    7.4   Hardware Alarm Pins: Functional Description ................................. 10
    7.5   Management Interface Pins ............................................................... 10
    7.6   CFP2 Management Interface Hardware Description ......................... 10
    7.7   Hardware Signaling Pin Electrical Specifications ............................ 10
    7.8   Hardware Signaling Pin Timing Requirements ................................ 10
8   Module Management Interface Description ................................................ 10
9   Performance Specifications ....................................................................... 11
    9.1   Operating Environment .................................................................... 11
    9.2   Power Supplies and Power Dissipation ............................................ 11
    9.3   High Speed Electrical Characteristics .............................................. 12
10   Mechanical Specifications ....................................................................... 16
    10.1   Mechanical Overview ..................................................................... 16
    10.2   Electrical Connector ....................................................................... 16
    10.3   CFP2-DCO Module Dimensions .................................................... 16
    10.4   Host System Dimensions ................................................................ 16
    10.5   Riding Heat Sink ............................................................................ 16
    10.6   Optical Connectors ......................................................................... 16
    10.7   Pin Assignment ............................................................................... 16
11   References ............................................................................................... 22
12   Appendix A: Glossary ............................................................................. 22
13   Appendix B: List of companies belonging to OIF when document is approved ....................................................................................................... 23



IA # OIF-CFP2-DCO-01.0

# 2    List of Figures

FIGURE 1: CFP2-DCO Module Basic Functional Block Diagram ............................ 9
FIGURE 2:  High Speed I/O for Data and Clocks......................................... 13
FIGURE 3:  CFP2 Module Optional Loopback Orientation ................................... 14
FIGURE 4:  CFP2-DCO Connector Pin Map Orientation........................................ 17

# 3    List of Tables

TABLE 1：IA Document Revision History .................................................... 7
TABLE 2：CFP2-DCO Module Power Classes defined by Hardware Interlock.. 10
TABLE 3：Voltage power supply ....................................................... 12
TABLE 4：Optional Reference Clock Characteristics ........................................... 15
TABLE 5：CFP2-DCO Module Clocking Signals ............................................. 15
TABLE 6：CFP2-DCO N x 25Gbit/s and 50Gbit/s Pin-Map ........................................ 19
TABLE 7：CFP2-DCO Bottom Row Pin Description for N x 25Gbit/s applications .................................................................. 21



IA # OIF-CFP2-DCO-01.0

# 4    Document Revision History

Table 1 provides the OIF-CFP2-DCO-1.0 IA document revision history.

| Document | Date | Revisions/Comments |
|---|---|---|
| OIF2017.510.00 | Oct. 24th 2017 | OIF-CFP2-DCO-1.0 DRAFT. Initial Baseline Text Proposal |
| OIF2017.510.01 | Oct. 30th 2017 | Modify the REFCLK's minimum input differential voltage and TX/RX MCLK's minimum output differential voltage;<br>Remove the table of part numbers of electrical connectors and reword the description of the section 10.2;<br>Change the client tributary naming of Tx/Rx4 and Tx/Rx6 for the 8x25G mode in the table of pin map; |
| OIF2017.510.02 | Oct. 31st 2017 | Minor modifications. |
| OIF2017.510.03 | Nov. 2nd 2017 | Modify the Reference 8 and 9;<br>Change the client tributary naming of Tx/Rx4 and Tx/Rx6 for all modes in the Table 6 of pin map in order to fit the Liaison Letter OIF-CFP MSA supporting CFP2-DCO (oif2016.453.00) and the Considerations on CFP2-DCO electrical interface and Pin assignment (oif2017.329.00). |
| OIF2017.510.04 | Jan. 8th 2018 | Add the description of optical MUX/De-MUX in section 6;<br>Add the description of pin assignment of two lanes and 6 lanes for 100G and 300G configurations;<br>Modify the Reference 10 and 11. |
| OIF2017.510.05 | Apr. 24th 2018 | Add the description of new 25G NRZ electrical lanes and 50G PAM4 electrical lanes in section 5;<br>Add the Reference 13, 14, 15, 16 and 17. |
| OIF2017.510.06 | Apr. 24th 2018 | Replace 50GAUI by 50GAUI-1 in section 5;<br>Update the Reference 17. |
| OIF2017.510.07 | July.31st 2018 | Update appendix A: Glossary.<br>Revise the description in chapter 5.<br>Add the introduction of high speed management interface in chapter 8. |
| OIF2017.510.08 | Sep. 14th 2018 | Update copyright text in Page5.<br>Revise the values in paragraph 9.3.8. |

**Table 1：IA Document Revision History**



IA # OIF-CFP2-DCO-01.0

# 5      Introduction

This document details an Implementation Agreement (IA) for a CFP2-DCO Module and defines the CFP2-DCO form factor of an optical transceiver which can support 100Gbit/s, 200Gbit/s, 300Gbit/s and/or 400Gbit/s line interface rates for Ethernet, ITU-T OTN, OIF and other applications.   This specification is an extension to the CFP2 MSA MIS v2.6 (r06a) [2] and the CFP2 MSA Hardware Specification Rev. 1.0 [3] to support coherent applications in CFP2 form factor with a digital host interface.

The CFP2-DCO electrical interface will vary by application. The nominal signaling lane rate for applications using 25Gbit/s signaling operates from 25.78-28.20GBd per lane with NRZ modulation as defined in OIF CEI-28G-VSR [6]. When 25 Gbit/s signaling is used for an electrical interface carrying a digital representation of the line interface, the format may use OTL4.4[8] or FOIC1.4[9] formats. When carrying one or more Ethernet clients over the line interface, the electrical interface format may be CAUI-4 [7], 200GAUI-8 [13], 400GAUI-16 [13], 25GAUI [14], LAUI-2 [15], 50GAUI-2 [16], or 100GAUI-4 [16].   The nominal signaling lane rate for applications using 50Gbit/s signaling operates from 25.78-28.20GBd with PAM4 modulation per lane as defined in OIF CEI-56G-VSR PAM4 [11]. When 50 Gbit/s signaling is used for an electrical interface carrying a digital representation of the line interface, the format may use FOIC1.2, FOIC2.4, or FOIC4.8[9] formats. When carrying one or more Ethernet clients over the line interface, the electrical interface format may be 200GAUI-4 [10], 400GAUI-8 [10], 50GAUI-1 [17], or 100GAUI-2 [17].

The CFP2-DCO modules and the host system are hot-pluggable. The module or the host system shall not be damaged by insertion or removal of the module.

This IA specifies key electromechanical aspects of the CFP2-DCO Module that include the following: module mechanical dimensions, electrical connector and pin map, module hardware signaling pins, high-speed electrical characteristics, power supply, power dissipation and management interface.

# 6      Functional Description

A functional block diagram of the CFP2-DCO is illustrated in Figure 1. Key module functions include transmitter optics, receiver optics, optical MUX/De-MUX in case of multi-carrier link, interface ICs, module controller supporting a MDIO/MDC management interface, and power conversion for a single +3.3V DC power supply from the host. The CFP2-DCO is a hot pluggable module form factor designed for optical networking applications. The module electrical interface has been generically specified to allow for supplier-specific customization around



IA # OIF-CFP2-DCO-01.0

various 4 × 25Gbit/s interfaces, but can also support potential interfaces such as 8 × 25Gbit/s, 2 × 50Gbit/s, 4 × 50Gbit/s, 6 × 50Gb/s and 8 × 50Gbit/s.

The hot pluggable specifications given in Ref. [3].



**Figure 1: CFP2-DCO Module Basic Functional Block Diagram**

# 7    CFP2-DCO Hardware Signaling Pins

The control and status reporting functions between a host and a CFP2-DCO module use non-data control and status reporting pins on the 104-pin connector. The control and status reporting pins work together with the MDIO interface to form a complete host-CFP2-DCO management interface. The status reporting pins provide status reporting. There are six (6) Hardware Control pins, five (5) Hardware Alarm pins, and five (5) pins dedicated to the MDIO interface. Specification of the CFP2-DCO hardware signaling pins are given in Ref. [3] with the following changes listed in this section.

## 7.1    Hardware Control Pins
Per specifications given in Ref. [3].

## 7.2    Hardware Control Pins: Functional Description
Per specifications given in Ref. [3] except for Hardware Interlock as noted below.

### 7.2.1    Programmable Controls (PRG_CNTLs)

#### 7.2.1.1    Hardware Interlock
The CFP2-DCO module Hardware Interlock function is specified in Ref. [3] with power classes defined in Table 2.

**OIF** OPTICAL
INTERNETWORKING
FORUM

IA # OIF-CFP2-DCO-01.0

| Hardware Interlock Description | | Power Class | CFP2-DCO Module Power Dissipation |
|---|---|---|---|
| MSB | LSB | | |
| 0 | 0 | 1 | ≤9W |
| 0 | 1 | 2 | ≤12W |
| 1 | 0 | 3 | ≤15W |
| 1 | 1 | ≥4 | >15W |

**Table 2：CFP2-DCO Module Power Classes defined by Hardware Interlock**

7.3     Hardware Alarm Pins
Per specifications given in Ref. [3].

7.4     Hardware Alarm Pins: Functional Description
Per specifications given in Ref. [3].

7.5     Management Interface Pins
Per specifications given in Ref. [3].

7.6     CFP2 Management Interface Hardware Description
Per specifications given in Ref. [3].

7.7     Hardware Signaling Pin Electrical Specifications
Per specifications given in Ref. [3].

7.8     Hardware Signaling Pin Timing Requirements
Per specifications given in Ref. [3].

# 8    Module Management Interface Description

The CFP2-DCO module utilizes MDIO IEEE Std 802.3™-2015 clause 45 for its management interface. The CFP2-DCO MDIO implementation is defined in a separated document entitled, "CFP MSA Management Interface Specification" [2]. When multiple CFP2-DCO modules are connected via a shared MDIO bus, a particular CFP2-DCO module can be selected by using the Physical Port Address pins.

The higher symbol rates associated with coherent modems points to the utility for a high bandwidth management interface to the modem, for example: accessing the modem overhead data, modem performance monitoring and diagnostic data, and client statistics in contrast to the limited bandwidth access to these facilities possible with the MDIO management interface. This IA allocates additional high-speed signal pins (2-3, 5-6, 47-48, 50-51) to provide an option for such a high-speed interface



**OPTICAL**
**INTERNETWORKING**
**FORUM**

IA # OIF-CFP2-DCO-01.0

# 9    Performance Specifications

## 9.1    Operating Environment

Per specifications given in Ref. [3].

## 9.2    Power Supplies and Power Dissipation

### 9.2.1    Voltage power supply and power dissipation

The CFP2-DCO module power supply and maximum power dissipation specifications are defined in Table 3.

### 9.2.2    Inrush current

The inrush current on the 3.3V power supply shall be limited by the CFP2-DCO module to assure a maximum rate of change defined in Table 3.

### 9.2.3    Turn-off current

The CFP2-DCO module shall limit the turn-off current to assure a maximum rate of change per Table 3.

### 9.2.4    Power Supply Noise Susceptibility

A host system will supply stable power to the module and guarantee that noise & ripple on the power supply does not exceed that defined in Table 3. A possible example of a power supply filtering circuit that might be used on the host system is a PI C-L-C filter. A module will meet all electrical requirements and remain fully operational in the presence of noise on the 3.3V power supply. The component values of power supply noise filtering circuit, such as the capacitor and inductor, must be selected such that maximum Inrush and Turn-off current does not cause voltage transients which exceed the absolute maximum power supply voltage, all specified in Table 3.

| Parameters | | Symbol | Min | Typ. | Max | Unit |
|---|---|---|---|---|---|---|
| Absolute Maximum Power supply voltage | | VCC | - | - | 3.6 | V |
| Total Power Dissipation | Class 1 | Pw | - | - | 9 | W |
| | Class 2 | | - | - | 12 | |
| | Class 3 | | - | - | 15 | |
| | Class 4 | | - | - | 18 | |
| | Class 5 | | - | - | 21 | |
| | Class 6 | | - | - | 24 | |
| Low Power Mode Dissipation | | Plow | - | - | 2 | W |
| Operating Power Supply Voltage | | VCC | 3.2 | 3.3 | 3.4 | V |
| Operating Power Supply Current[1] | Class 1 and 2 | - | - | - | 3.75 | A |
| | Class 3 and 4 | - | - | - | 5.63 | A |
| | Class 5 and 6 | - | - | - | 7.5 | A |
| Inrush Current[1] | Class 1 and 2 | I-inrush | - | - | 200 | mA/usec |



| Turn-off Current | | I-turnoff | -200 | - | - | mA/usec |
|---|---|---|---|---|---|---|
| Inrush Current[1] | Class 3 and 4 | I-inrush | - | - | 250 | mA/usec |
| Turn-off Current | | I-turnoff | -250 | - | - | mA/usec |
| Inrush Current[1] | Class 5 and 6 | I-inrush | - | - | 300 | mA/usec |
| Turn-off Current | | I-turnoff | -300 | - | - | mA/usec |
| Power Supply Noise | | Vrip | - | - | 2% | DC-1MHz |
| | | | | | 3% | 1-10MHz |

**Table 3：Voltage power supply**

[1] Maximum current per pin shall not exceed 1000mA. Those power classes for which the maximum current per pin exceeds 1000mA will require agreement from an electrical connecter supplier.

### 9.2.5    Grounding
Per specifications given in Ref. [3].

## 9.3      High Speed Electrical Characteristics
The CFP2-DCO Module high speed electrical interface supports the following configurations:
1) 4 Tx lanes + 4 Rx lanes, each at 25Gbit/s (25.78-28.20GBd PAM2);
2) 8 Tx lanes + 8 Rx lanes, each at 25Gbit/s (25.78-28.20GBd PAM2).

Following electrical interfaces may be supported in future:
3) 2 Tx lanes + 2 Rx lanes, each at 50Gbit/s (25.78-28.20GBd PAM4);
4) 4 Tx lanes + 4 Rx lanes, each at 50Gbit/s (25.78-28.20GBd PAM4);
5) 6 Tx lanes + 6 Rx lanes, each at 50Gbit/s (25.78-28.20GBd PAM4);
6) 8 Tx lanes + 8 Rx lanes, each at 50Gbit/s (25.78-28.20GBd PAM4).

Specification of the CFP2-DCO high speed electrical characteristics are given in Ref. [3] with the following changes listed in this section.

The high speed electrical interface shall be AC-coupled within the CFP2-DCO module as is shown in Figure 2.

**OIF** OPTICAL
INTERNETWORKING
FORUM

IA # OIF-CFP2-DCO-01.0



**Figure 2：High Speed I/O for Data and Clocks**

### 9.3.1 25Gbit/s Transmitter Data (and Clock)

The 25Gbit/s Transmitter Data is defined in OIF CEI-28G-VSR [6]. Lane orientation and designation is specified in the pin-map tables given in Section 11.7.

### 9.3.2 25Gbit/s Receiver Data (and Clock)

The 25Gbit/s Receiver Data is defined in OIF CEI-28G-VSR [6]. Lane orientation and designation is specified in the pin-map tables given in Section 11.7.

### 9.3.3 50Gbit/s Transmitter Data (and Clock)

The 50Gbit/s Transmitter Data is defined in OIF CEI-56G-VSR-PAM4 [11]. Lane orientation and designation is specified in the pin-map tables given in Section 11.7.

### 9.3.4 50Gbit/s Receiver Data (and Clock)

The 50Gbit/s Receiver Data is defined in CEI-56G-VSR-PAM4 [11]. Lane orientation and designation is specified in the pin-map tables given in Section 11.7.

### 9.3.5 Loopback (Optional)

The CFP2-DCO module may optionally support loopback functionality. The capability to support the loopback functionality is dependent upon the interface IC technology, labeled as "Interface IC(s)" in the Figure 3. Recommended loopback orientation implementation is Tx0 to Rx0. The host loopback and the network loopback are oriented per Figure 3shown below. The CFP2-DCO module vendor will specify which loopback functionality, if any, is supported. For details on controlling the loopback mode, please refer to Reference [3]. In optional loopback, Txn is looped back to Rxn, for example Tx0+ to Rx0+, on both host and network side.

OIF
**OPTICAL
INTERNETWORKING
FORUM**

IA # OIF-CFP2-DCO-01.0



Figure 3：CFP2 Module Optional Loopback Orientation

#### 9.3.6    Reference Clock (Optional)

The host shall optionally supply a reference clock (REFCLK) at 1/160 electrical lane rate for M × 25Gbit/s applications. The CFP2 module may optionally use the 1/40 reference clock for transmitter path retiming, for example for Telecom applications.

When provided, the REFCLK shall be CML differential AC-coupled and terminated within the CFP2-DCO module as shown in Figure 3. There is no required phase relationship between the data lanes and the reference clock, but the clock frequency shall not deviate more than specified in Table 4. For detailed clock characteristics please refer to the below table.

| Parameter | Symbol | Min. | Typ. | Max. | Unit | Notes |
|-----------|--------|------|------|------|------|-------|
| Impedance | Zd | 80 | 100 | 120 | Ω | |
| Frequency | f | | 1/160 | | | Of electrical lane baudrate |
| | | | 1/40 | | | Of electrical lane baudrate |
| | | | 156.25MHz | | | for the Ethernet applications |
| Frequency Stability | Δf | -100 | | 100 | ppm | For Ethernet applications |
| | | -20 | | 20 | | For Telecom applications |
| Input Differential Voltage | $V_{DIFF}$ | 400 | 500 | 1200 | mV | Peak to Peak Differential |
| RMS Jitter[2,3] | σ | | | 0.7 | ps | Random Jitter. |

OIF
OPTICAL
INTERNETWORKING
FORUM

IA # OIF-CFP2-DCO-01.0

| | | | | | | Over frequency band of 10kHz < f <20MHz |
|---|---|---|---|---|---|---|
| Clock Duty Cycle | | 45 | | 55 | % | |
| Clock Rise/Fall Time 10/90%[4] | t$_{r/f}$ | 200 | | 1250 | ps | 1/160 of electrical lane rate for M x 25Gbit/s |
| | | 50 | | 315 | | 1/40 of electrical lane rate for M x 25Gbit/s |

**Table 4：Optional Reference Clock Characteristics**

[2] The spectrum of the jitter within this frequency band is undefined. The CFP2-DCO shall meet performance requirements with worst case condition of a single jitter tone of 0.7ps RMS at any frequency between 10 kHz and 20MHz. 0.7ps is based on some vendors' experience.

[3] For Telecom applications better frequency may be required.

[4] As per CFP2 MSA recommendation.


### 9.3.7    Transmitter Monitor Clock (Optional)

The CFP2-DCO optionally may supply a transmitter monitor clock (TXMCLK). This clock is intended to be used as a reference for measurements of the module optical transmit signal. If provided, the clock shall operate at 1/8 of the transmitter optical symbol rate. This rate is optimized for triggering high-speed sampling scopes. Clock termination is shown in Figure 3. TXMCLK characteristics are summarized in Table 5.

### 9.3.8    Receiver Monitor Clock (Optional)

The CFP2-DCO optionally may supply a receiver monitor clock (RXMCLK). This clock is intended to be used as a reference for measurements of the module receive data. If provided, the clock shall operate at 1/40 of the receiver electrical lane data rate. The RXMCLK may optionally operate at 1/160 of the receiver electrical lane data rate. Clock termination is shown in Figure 3. RXMCLK characteristics are summarized in Table 5.

| Parameter | Symbol | Min. | Typ. | Max. | Unit | Notes |
|---|---|---|---|---|---|---|
| Impedance | Zd | 80 | 100 | 120 | Ω | |
| Frequency-TX_MCLK | | | 1/8 | | | Of TX optical symbol rate -default |
| | | | 1/32 | | | Of TX optical symbol rate - optional |
| Frequency-RX_MCLK | | | 1/40 | | | Of RX electrical lane data rate - default |
| | | | 1/160 | | | Of RX electrical lane data rate - optional |
| Output Differential Voltage | V$_{DIFF}$ | 400 | 500 | 1200 | mV | Peak to Peak Differential |
| Clock Duty Cycle | | | 45 | | 55 | % |

**Table 5：CFP2-DCO Module Clocking Signals**



IA # OIF-CFP2-DCO-01.0

# 10    Mechanical Specifications

10.1    Mechanical Overview

Per specifications given in Ref. [3] and normative engineering drawings of the CFP2 form factor, cages and connectors are given in Ref. [12].

10.2    Electrical Connector

CFP2-DCO's connector to support class 6 (24W) operation must have minimum sustain current-handling of 1A per contact. Classic CFP2 connectors and ports may not support 1A operation, it is outside of this IA to define operation of CFP2-DCO into legacy CFP2 ports.

10.3    CFP2-DCO Module Dimensions

Per specifications given in Ref. [3].

10.4    Host System Dimensions

Per specifications given in Ref. [3].

10.5    Riding Heat Sink

The actual dimensions of the heat sink and cage top opening shall be optimized for the particular host system.

10.6    Optical Connectors

The CFP2 module shall support LC optical connector type. The position of the optical connector in the Y and Z axes shall be specified by the CFP2-DCO module manufacturer. The optical port connections on the front of the CFP2 are detailed in Ref. [3] and Ref. [12]. In addition to the centered duplex LC connector location specified by the CFP MSA, the CFP2-DCO IA also optionally allows the optical port position on the front of the module to be either left or right-justified if needed to enable a certain vendor-specific implementation technology.

10.7    Pin Assignment

The CFP2-DCO connector has 104 pins which are arranged in Top and Bottom rows. The CFP2-DCO connector supports the following configurations:

a) Two (2) 50Gbit/s TX lanes plus two 50Gbit/s RX lanes;
b) Four (4) 25Gbit/s or 50Gbit/s TX lanes plus four 25Gbit/s or 50Gbit/s RX lanes;
c) Six (6) 50Gbit/s TX lanes plus six 50Gbit/s RX lanes;
d) Eight (8) 25Gbit/s or 50Gbit/s TX lanes plus eight 25Gbit/s or 50Gbit/s RX lanes.

The CFP2-DCO connector top row and bottom row pin assignments for the N×25Gbit/s and 50Gbit/s configurations are illustrated in Table 6. Detailed description of the bottom row pins 1 through pin 52 are given in Table 7. Note the REFCLK pins are located on the top row along with the high-speed TX and RX



data pins. A single-ended REFCLK is an option. The CFP2-DCO connector pin map orientation is shown in Figure 4.



**Figure 4：CFP2-DCO Connector Pin Map Orientation**

**Pin view from top ==> Host**

| | Bottom | | Top (4x25G) | | Top (8x25G) |
|---|---|---|---|---|---|
| 1 | GND | 104 | GND | 104 | GND |
| 2 | *(TX_MCLKn) or Vendor_Out0n* | 103 | N.C. | 103 | TX4n |
| 3 | *(TX_MCLKp) or Vendor_Out0p* | 102 | N.C. | 102 | TX4p |
| 4 | GND | 101 | GND | 101 | GND |
| 5 | Vendor_In0n | 100 | TX3n | 100 | TX3n |
| 6 | Vendor_In0p | 99 | TX3p | 99 | TX3p |
| 7 | 3.3V_GND | 98 | GND | 98 | GND |
| 8 | 3.3V_GND | 97 | TX2n | 97 | TX2n |
| 9 | 3.3V | 96 | TX2p | 96 | TX2p |
| 10 | 3.3V | 95 | GND | 95 | GND |
| 11 | 3.3V | 94 | N.C. | 94 | TX5n |
| 12 | 3.3V | 93 | N.C. | 93 | TX5p |
| 13 | 3.3V_GND | 92 | GND | 92 | GND |
| 14 | 3.3V_GND | 91 | N.C. | 91 | TX6n |
| 15 | VND_IO_A | 90 | N.C. | 90 | TX6p |
| 16 | VND_IO_B | 89 | GND | 89 | GND |
| 17 | PRG_CNTL1 | 88 | TX1n | 88 | TX1n |
| 18 | PRG_CNTL2 | 87 | TX1p | 87 | TX1p |
| 19 | PRG_CNTL3 | 86 | GND | 86 | GND |
| 20 | PRG_ALRM1 | 85 | TX0n | 85 | TX0n |
| 21 | PRG_ALRM2 | 84 | TX0p | 84 | TX0p |
| 22 | PRG_ALRM3 | 83 | GND | 83 | GND |
| 23 | GND | 82 | N.C. | 82 | TX7n |
| 24 | TX_DIS | 81 | N.C. | 81 | TX7p |
| 25 | RX_LOS | 80 | GND | 80 | GND |
| 26 | MOD_LOPWR | 79 | *(REFCLKn)* | 79 | *(REFCLKn)* |
| 27 | MOD_ABS | 78 | *(REFCLKp)* | 78 | *(REFCLKp)* |
| 28 | MOD_RSTn | 77 | GND | 77 | GND |
| 29 | GLB_ALRMn | 76 | N.C. | 76 | RX4n |
| 30 | GND | 75 | N.C. | 75 | RX4p |
| 31 | MDC | 74 | GND | 74 | GND |
| 32 | MDIO | 73 | RX3n | 73 | RX3n |
| 33 | PRTADR0 | 72 | RX3p | 72 | RX3p |
| 34 | PRTADR1 | 71 | GND | 71 | GND |
| 35 | PRTADR2 | 70 | RX2n | 70 | RX2n |
| 36 | VND_IO_C | 69 | RX2p | 69 | RX2p |



IA # OIF-CFP2-DCO-01.0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | VND_IO_D | | 68 | GND | | 68 | GND |
| 38 | VND_IO_E | | 67 | N.C. | | 67 | RX5n |
| 39 | 3.3V_GND | | 66 | N.C. | | 66 | RX5p |
| 40 | 3.3V_GND | | 65 | GND | | 65 | GND |
| 41 | 3.3V | | 64 | N.C. | | 64 | RX6n |
| 42 | 3.3V | | 63 | N.C. | | 63 | RX6p |
| 43 | 3.3V | | 62 | GND | | 62 | GND |
| 44 | 3.3V | | 61 | RX1n | | 61 | RX1n |
| 45 | 3.3V_GND | | 60 | RX1p | | 60 | RX1p |
| 46 | 3.3V_GND | | 59 | GND | | 59 | GND |
| 47 | Vendor_In1n | | 58 | RX0n | | 58 | RX0n |
| 48 | Vendor_In1p | | 57 | RX0p | | 57 | RX0p |
| 49 | GND | | 56 | GND | | 56 | GND |
| 50 | (RX_MCLKn) or Vendor_Out1n | | 55 | N.C. | | 55 | RX7n |
| 51 | (RX_MCLKp) or Vendor_Out1p | | 54 | N.C. | | 54 | RX7p |
| 52 | GND | | 53 | GND | | 53 | GND |



IA # OIF-CFP2-DCO-01.0

| Pin | Top (2x50G) | Pin | Top (4x50G) | Pin | Top (6x50G) | Pin | Top (8x50G) |
|---|---|---|---|---|---|---|---|
| 104 | GND | 104 | GND | 104 | GND | 104 | GND |
| 103 | N.C. | 103 | N.C. | 103 | TX4n | 103 | TX4n |
| 102 | N.C. | 102 | N.C. | 102 | TX4p | 102 | TX4p |
| 101 | GND | 101 | GND | 101 | GND | 101 | GND |
| 100 | N.C. | 100 | TX3n | 100 | TX3n | 100 | TX3n |
| 99 | N.C. | 99 | TX3p | 99 | TX3p | 99 | TX3p |
| 98 | GND | 98 | GND | 98 | GND | 98 | GND |
| 97 | N.C. | 97 | TX2n | 97 | TX2n | 97 | TX2n |
| 96 | N.C. | 96 | TX2p | 96 | TX2p | 96 | TX2p |
| 95 | GND | 95 | GND | 95 | GND | 95 | GND |
| 94 | N.C. | 94 | N.C. | 94 | TX5n | 94 | TX5n |
| 93 | N.C. | 93 | N.C. | 93 | TX5p | 93 | TX5p |
| 92 | GND | 92 | GND | 92 | GND | 92 | GND |
| 91 | N.C. | 91 | N.C. | 91 | N.C. | 91 | TX6n |
| 90 | N.C. | 90 | N.C. | 90 | N.C. | 90 | TX6p |
| 89 | GND | 89 | GND | 89 | GND | 89 | GND |
| 88 | TX1n | 88 | TX1n | 88 | TX1n | 88 | TX1n |
| 87 | TX1p | 87 | TX1p | 87 | TX1p | 87 | TX1p |
| 86 | GND | 86 | GND | 86 | GND | 86 | GND |
| 85 | TX0n | 85 | TX0n | 85 | TX0n | 85 | TX0n |
| 84 | TX0p | 84 | TX0p | 84 | TX0p | 84 | TX0p |
| 83 | GND | 83 | GND | 83 | GND | 83 | GND |
| 82 | N.C. | 82 | N.C. | 82 | N.C. | 82 | TX7n |
| 81 | N.C. | 81 | N.C. | 81 | N.C. | 81 | TX7p |
| 80 | GND | 80 | GND | 80 | GND | 80 | GND |
| 79 | *(REFCLKn)* | 79 | *(REFCLKn)* | 79 | *(REFCLKn)* | 79 | *(REFCLKn)* |
| 78 | *(REFCLKp)* | 78 | *(REFCLKp)* | 78 | *(REFCLKp)* | 78 | *(REFCLKp)* |
| 77 | GND | 77 | GND | 77 | GND | 77 | GND |
| 76 | N.C. | 76 | N.C. | 76 | RX4n | 76 | RX4n |
| 75 | N.C. | 75 | N.C. | 75 | RX4p | 75 | RX4p |
| 74 | GND | 74 | GND | 74 | GND | 74 | GND |
| 73 | N.C. | 73 | RX3n | 73 | RX3n | 73 | RX3n |
| 72 | N.C. | 72 | RX3p | 72 | RX3p | 72 | RX3p |
| 71 | GND | 71 | GND | 71 | GND | 71 | GND |
| 70 | N.C. | 70 | RX2n | 70 | RX2n | 70 | RX2n |
| 69 | N.C. | 69 | RX2p | 69 | RX2p | 69 | RX2p |
| 68 | GND | 68 | GND | 68 | GND | 68 | GND |
| 67 | N.C. | 67 | N.C. | 67 | RX5n | 67 | RX5n |
| 66 | N.C. | 66 | N.C. | 66 | RX5p | 66 | RX5p |
| 65 | GND | 65 | GND | 65 | GND | 65 | GND |
| 64 | N.C. | 64 | N.C. | 64 | N.C. | 64 | RX6n |
| 63 | N.C. | 63 | N.C. | 63 | N.C. | 63 | RX6p |
| 62 | GND | 62 | GND | 62 | GND | 62 | GND |
| 61 | RX1n | 61 | RX1n | 61 | RX1n | 61 | RX1n |
| 60 | RX1p | 60 | RX1p | 60 | RX1p | 60 | RX1p |
| 59 | GND | 59 | GND | 59 | GND | 59 | GND |
| 58 | RX0n | 58 | RX0n | 58 | RX0n | 58 | RX0n |
| 57 | RX0p | 57 | RX0p | 57 | RX0p | 57 | RX0p |
| 56 | GND | 56 | GND | 56 | GND | 56 | GND |
| 55 | N.C. | 55 | N.C. | 55 | N.C. | 55 | RX7n |
| 54 | N.C. | 54 | N.C. | 54 | N.C. | 54 | RX7p |
| 53 | GND | 53 | GND | 53 | GND | 53 | GND |

Table 6: CFP2-DCO N x 25Gbit/s and 50Gbit/s Pin-Map



IA # OIF-CFP2-DCO-01.0

| PIN# | NAME | I/O | Logic | Description |
|---|---|---|---|---|
| 1 | GND | | | |
| 2 | (TX_MCLKn) or Vendor_Out0n | O | CML | For optical waveform testing or Module vendor output |
| 3 | (TX_MCLKp) or Vendor_Out0p | O | CML | For optical waveform testing or Module vendor output |
| 4 | GND | | | |
| 5 | Vendor_In0n | I | CML | Module vendor input. Vendor specific. |
| 6 | Vendor_In0p | I | CML | Module vendor input. Vendor specific. |
| 7 | 3.3V_GND | | | 3.3V Module Supply Voltage Return Ground, can be separate or tied together with Signal Ground |
| 8 | 3.3V_GND | | | |
| 9 | 3.3V | | | 3.3V Module Supply Voltage |
| 10 | 3.3V | | | |
| 11 | 3.3V | | | |
| 12 | 3.3V | | | |
| 13 | 3.3V_GND | | | |
| 14 | 3.3V_GND | | | |
| 15 | VND_IO_A | I/O | | Module Vendor I/O A. Do Not Connect! |
| 16 | VND_IO_B | I/O | | Module Vendor I/O B. Do Not Connect! |
| 17 | PRG_CNTL1 | I | LVCMOS w/PUR | Programmable Control 1 set over MDIO, MSA Default: TRXIC_RSTn, TX & RX ICs reset, "0": reset, "1" or NC: enabled = not used |
| 18 | PRG_CNTL2 | I | LVCMOS w/PUR | Programmable Control 2 set over MDIO, MSA Default: Hardware Interlock LSB, "00": ≤9W, "01": ≤12W, "10": ≤15W, "11" or NC: ≤18W = not used |
| 19 | PRG_CNTL3 | I | LVCMOS w/PUR | Programmable Control 3 set over MDIO, MSA Default: Hardware Interlock MSB, "00": ≤9W, "01": ≤12W, "10": ≤15W, "11" or NC: ≤18W = not used |
| 20 | PRG_ALRM1 | O | LVCMOS | Programmable Alarm 1 set over MDIO, MSA Default: HIPWR_ON, "1": module power up completed, "0": module not high powered up |
| 21 | PRG_ALRM2 | O | LVCMOS | Programmable Alarm 2 set over MDIO, MSA Default: MOD_READY, "1": Ready, "0": not Ready. |
| 22 | PRG_ALRM3 | O | LVCMOS | Programmable Alarm 3 set over MDIO, MSA Default: MOD_FAULT, fault detected, "1": Fault, "0": No Fault |
| 23 | GND | | | |
| 24 | TX_DIS | I | LVCMOS w/PUR | Transmitter Disable for all lanes, "1" or NC = transmitter disabled, "0" = transmitter enabled |
| 25 | RX_LOS | O | LVCMOS | Receiver Loss of Optical Signal, "1": low optical signal, "0": normal condition |
| 26 | MOD_LOPWR | I | LVCMOS w/PUR | Module Low Power Mode. "1" or NC: module in low power (safe) mode, "0": power-on enabled |
| 27 | MOD_ABS | O | GND | Module Absent. "1" or NC: module absent, "0": module present, Pull Up Resistor on Host |
| 28 | MOD_RSTn | I | LVCMOS w/PDR | Module Reset. "0" resets the module, "1" or NC = module enabled, Pull Down Resistor in Module |
| 29 | GLB_ALRMn | O | LVCMOS | Global Alarm. "0": alarm condition in any MDIO Alarm register, "1": no alarm condition, Open Drain, Pull Up Resistor on Host |



IA # **OIF-CFP2-DCO-01.0**

| 30 | GND | | | |
|---|---|---|---|---|
| 31 | MDC | I | 1.2V CMOS | Management Data Clock (electrical specs as per IEEE Std 802.3-2012) |
| 32 | MDIO | I/O | 1.2V CMOS | Management Data I/O bi-directional data (electrical specs as per IEEE Std 802.3-2012) |
| 33 | PRTADR0 | I | 1.2V CMOS | MDIO Physical Port address bit 0 |
| 34 | PRTADR1 | I | 1.2V CMOS | MDIO Physical Port address bit 1 |
| 35 | PRTADR2 | I | 1.2V CMOS | MDIO Physical Port address bit 2 |
| 36 | VND_IO_C | I/O | | Module Vendor I/O C. Do Not Connect! |
| 37 | VND_IO_D | I/O | | Module Vendor I/O D. Do Not Connect! |
| 38 | VND_IO_E | I/O | | Module Vendor I/O E. Do Not Connect! |
| 39 | 3.3V_GND | | | |
| 40 | 3.3V_GND | | | |
| 41 | 3.3V | | | 3.3V Module Supply Voltage |
| 42 | 3.3V | | | |
| 43 | 3.3V | | | |
| 44 | 3.3V | | | |
| 45 | 3.3V_GND | | | |
| 46 | 3.3V_GND | | | |
| 47 | Vendor_In1n | I | CML | Module vendor input |
| 48 | Vendor_In1p | I | CML | Module vendor input |
| 49 | GND | | | |
| 50 | (RX_MCLKn) or Vendor_Out1n | O | CML | For optical waveform testing or Module vendor output |
| 51 | (RX_MCLKp) or Vendor_Out1p | O | CML | For optical waveform testing or Module vendor output |
| 52 | GND | | | |

**Table 7: CFP2-DCO Bottom Row Pin Description for N x 25Gbit/s applications**

**OIF** OPTICAL
INTERNETWORKING
FORUM

IA # **OIF-CFP2-DCO-01.0**

# 11    References

[1] www.cfp-msa.org

[2] CFP MSA Management Interface Specification, Version 2.6 r06a, March 27, 2017

[3] CFP MSA CFP2 Hardware Specification Revision 1.0, July 31, 2013

[4] CFP MSA CFPn Pin Allocation ver. 26

[5] OIF-MSA-100GLH-EM-01.1, September 20, 2011

[6] OIF-CEI-03.1, February 18, 2014

[7] IEEE P802.3-2015 Clause 83E (CAUI-4 C2M)

[8] ITU-T Recommendation G.709 (2016) Interfaces for the Optical Transport Network

[9] ITU-T Supplement G.sup58 (2017) Optical Transport Network Module Framer Interfaces

[10] IEEE P802.3bs-2017 Clause 120E (200GAUI-4 C2M and 400GAUI-8 C2M)

[11] OIF-CEI-56G-VSR-PAM4 Specifications

[12] CFP2 Hardware Baseline Design Rev. 1L

[13] IEEE P802.3bs-2017 Clause 120C (200GAUI-8 C2M and 400GAUI-16 C2M)

[14] IEEE P802.3by-2016 Clause 109B (25GAUI C2M)

[15] IEEE P802.3cd Clause 135C (LAUI-2 C2M)

[16] IEEE P802.3cd Clause 135E (50GAUI-2 C2M and 100GAUI-4 C2M)

[17] IEEE P802.3cd Clause 135G (50GAUI-1 C2M and 100GAUI-2 C2M)

# 12    Appendix A: Glossary

**CFP** C Form-factor Pluggable
**DCO** Digital Coherent Optical
**OTN** Optical Transport Network
**MSA** Multi-Source Agreement
**MIS** Management Interface Specification
**NRZ** None Return to Zero
**PAM** Pulse Amplitude Modulation
**CEI** Common Electrical I/O
**VSR** Very Short Reach
**AUI** Attachment Unit Interface
**C2M** Chip to Module



IA # OIF-CFP2-DCO-01.0

**OTL** Optical Transport Lane
**FOIC** FlexO Interface
**MUX/DEMUX** Multiplexer/Demultiplexer
**IC** Integrated Circuit
**MDIO** Management Data Input Output
**MDC** Management Data Clock
**DC** Direct Current
**AC** Alternating Current
**MSB** Most Significant Bit
**LSB** Last Significant Bit
**Tx** Transmitter
**Rx** Receiver
**CML** Current Mode Logic
**RMS** Root Mean Square

## 13   Appendix B: List of companies belonging to OIF when document is approved

Acacia Communications
ADVA Optical Networking
Alibaba
Amphenol Corp.
Analog Devices
Anritsu
Applied Optoelectronics, Inc.
Arista Networks
Barefoot Networks
BizLink Technology Inc.
Broadcom Limited
Cadence Design Systems
Cavium
CenturyLink
China Telecom Global Limited
Ciena Corporation
Cisco Systems
Corning
Credo Semiconductor (HK) LTD
Dell, Inc.
EFFECT Photonics B.V.
Elenion Technologies, LLC
Epson Electronics America, Inc.



IA # OIF-CFP2-DCO-01.0

eSilicon Corporation
Fiberhome Technologies Group
Finisar Corporation
Foxconn Interconnect Technology, Ltd.
Fujikura
Fujitsu
Furukawa Electric Japan
Global Foundries
Google
Hewlett Packard Enterprise (HPE)
Hitachi
Huawei Technologies Co., Ltd.
IBM Corporation
Infinera
Innovium
Inphi
Integrated Device Technology
Intel
Invecas, Inc.
IPG Photonics Corporation
JCRFO
Juniper Networks
Kandou Bus
KDDI Research, Inc.
Keysight Technologies, Inc.
Lightwave Logic
Lumentum
MACOM Technology Solutions
Marvell Semiconductor, Inc.
Maxim Integrated Inc.
MaxLinear Inc.
MediaTek
Mellanox Technologies
Microsemi Inc.
Microsoft Corporation
Mitsubishi Electric Corporation
Molex
Multilane SAL Offshore
NEC Corporation
NeoPhotonics



IA # OIF-CFP2-DCO-01.0

Nokia
NTT Corporation
O-Net Communications (HK) Limited
Oclaro
Orange
PETRA
Precise-ITC, Inc.
Qorvo
Ranovus
Renesas Electronics Corporation
Rianta Solutions, Inc.
Rockley Photonics
Rosenberger Hochfrequenztechnik GmbH & Co. KG
Roshmere
Samtec Inc.
Semtech Canada Corporation
SiFotonics Technologies Co., Ltd.
Sino-Telecom Technology Co., Inc.
Socionext Inc.
Spirent Communications
Sumitomo Electric Industries
Sumitomo Osaka Cement
Synopsys, Inc.
TE Connectivity
Tektronix
Telefonica SA
TELUS Communications, Inc.
UNH InterOperability Laboratory (UNH-IOL)
Verizon
Viavi Solutions Deutschland GmbH
Xelic
Xilinx
Yamaichi Electronics Ltd.