Acacia is now part of Cisco Learn More ▶    About Cisco



# OSFP Product Family



Acacia's 400G Octal Small Form-factor Pluggable (OSFP) product family incorporates Acacia's 3D Siliconization, which leverages the maturity of our silicon photonics technology and our vertical integration, and is designed to enable network operators to address increasing bandwidth demand through a simplified network architecture, reducing both capital and operational expenditures. The 400G OSFP product family is based on our Greylock 7nm DSP, our 3rd generation of coherent DSP supporting low-power pluggable modules, and our silicon photonic integrated circuit (PIC) for an optimized co-packaged design.

The OSFP module is a pluggable solution that fits into high-density switch and router client ports for optical interconnect links. A key application of this form-factor is high-capacity coherent optical transmission over data center interconnect (DCI) edge networks, as well as service provider network applications.



Acacia's OSFP, and similar **QSFP-DD form factor**, pluggable solutions leverage its 3D Siliconization technology, which utilizes volume electronics manufacturing processes, designed to be highly scalable and reliable.



Acacia's 3D Siliconization technology designed to be highly scalable and reliable.

With 3D Siliconization, RF electronics are tightly coupled to the silicon photonics, resulting in improved signal integrity for these higher baud rate applications.

# 400ZR OSFP Pluggable Coherent Optical Module



Acacia's 400Gbps 400ZR OSFP coherent optical module adheres to the Optical Internetworking Forum (OIF) 400ZR Implementation Agreement, an Ethernet-centric specification to optimize 400Gbps data center interconnect (DCI) edge links with reaches up to 120km using 16QAM transmission.





# OpenZR+ OSFP Pluggable Coherent Optical Module



Acacia's 400Gbps OpenZR+ OSFP coherent optical module is designed to support Ethernet-focused applications like OIF's 400ZR with increased flexibility to support other host ethernet rates and multiple line rates. In addition, OpenZR+ offers high-performance operation, leveraging elements of the carrier-centric Open ROADM MSA, for longer reaches extending to metro/regional Ethernet data center and service provider network interconnects.



## OSFP Product Family Variants

|  | **400ZR** | **OpenZR+** |
|---|---|---|
| **Applications** | Edge DCI/Campus | Metro/Regional DCI |
| **Protocol** | Ethernet | Ethernet |
| **Reach** | Up to ~120km | >120 km |
| **Client Formats** | 400GbE only | 100GbE/200GbE/400GbE |
| **Line Side Capacity** | 400G | 100G/200G/300G/400G |

## Related Resources





DCI Edge Transforming with Today's 400ZR Modules



400G Pluggables Usher in an Architectural Change to High-Bandwidth DCI





## The New Era of 400G Coherent Pluggable Solutions



## Advancing Coherent Interoperability with OpenZR+



## Fibre Systems: Small Talk

VIEW MORE



# Want to learn more?

READ THE ACACIA BLOG

# Ready to accelerate your optical network?

CONTACT US

**About**

Our Unique Expertise

Our Competitive Strengths

Resources

Events

Careers

Conflict Minerals

**Applications**

DCI

Metro Carrier

Long Haul

Cable Access/Remote PHY

Submarine

Wireless Access

Wired Access

**Products**

Products

AC1200 Product Family

AC400 Product Family

CFP-DCO Product Family

CFP2-ACO Product Family

CFP2-DCO Product Family

OSFP Product Family

QSFP-DD Product Family

DSP ASICs

Silicon PICs

**Contact**

Terms & Conditions

E-Verify

**Follow Us**



Acacia Communications, Inc.

Corporate Headquarters



Case 8:21-cv-01473-CJC-JDE   Document 1-6   Filed 09/08/21   Page 8 of 8   Page ID #:235

3 Mill and Main Place
Suite 400
Maynard, MA 01754

1-978-938-4896

©2021 Acacia Communications, Inc. All Rights Reserved | Connecting at the speed of light®

Terms of Use      Privacy Policy

