Acacia is now part of Cisco Learn More ▸    About Cisco



# QSFP-DD Product Family



Acacia's Quad Small Form-factor Pluggable Double Density (QSFP-DD) product family incorporates Acacia's 3D Siliconization, which leverages the maturity of our silicon photonics technology and our vertical integration, and is designed to enable network operators to address increasing bandwidth demand through a simplified network architecture, reducing both capital and operational expenditures. The QSFP-DD product family is based on our 7nm DSP technology, our 3rd generation of coherent DSP supporting low-power pluggable modules, and our silicon photonic integrated circuit (PIC) for an optimized co-packaged design.

The QSFP-DD module is a pluggable solution that fits into high-density switch and router client ports for optical interconnect links. Key applications of this form-factor include high-capacity coherent optical transmission over data center interconnect (DCI) edge networks, as well as access service provider network applications.



Acacia's QSFP-DD, and similar **OSFP form factor**, pluggable solutions leverage its 3D Siliconization technology, which utilizes volume electronics manufacturing processes, designed to be highly scalable and reliable.



Acacia's 3D Siliconization technology designed to be highly scalable and reliable.

With 3D Siliconization, RF electronics are tightly coupled to the silicon photonics, resulting in improved signal integrity for these higher baud rate applications.

# 400ZR QSFP-DD Pluggable Coherent Optical Module



Acacia's 400Gbps 400ZR QSFP-DD coherent optical module is designed to adhere to the Optical Internetworking Forum (OIF) 400ZR Implementation Agreement, an Ethernet-centric specification to optimize 400Gbps data center interconnect (DCI) edge links with reaches up to 120km using 16QAM transmission.





# OpenZR+ QSFP-DD Pluggable Coherent Optical Module



Acacia's 400Gbps 400ZR QSFP-DD coherent optical module is designed to adhere to Ethernet-focused applications like OIF's 400ZR with increased flexibility to support other host ethernet rates and multiple line rates. In addition, OpenZR+ offers high-performance operation, leveraging elements of the carrier-centric Open ROADM MSA, for longer reaches extending to metro/regional Ethernet data center and service provider network interconnects.



## 400G QSFP-DD Product Family Variants

|  | **400ZR** | **OpenZR+** |
|---|---|---|
| **Applications** | Edge DCI/Campus | Metro/Regional DCI |
| **Protocol** | Ethernet | Ethernet |
| **Reach** | Up to ~120 km | >120 km |
| **Client Formats** | 400GbE only | 100GbE/200GbE/400GbE |
| **Line Side Capacity** | 400G | 100G/200G/300G/400G |

# 100G P2P Access QSFP-DD Pluggable Coherent Optical Module





Acacia's 100G QSFP-DD Point-to-Point (P2P)
hot pluggable module is specifically designed for optimization in

edge and access applications with unamplified links up to 120km, enabling fixed-wavelength transmission over various types of single-mode edge and access fiber links. Compared to alternative direct-detect solutions, coherent P2P solutions are extremely tolerant to fiber types, chromatic dispersion, polarization mode dispersion (PMD), and back reflections, which simplifies operational deployment.



# 100G DWDM Access QSFP-DD Pluggable Coherent Optical Module



Acacia's 100G QSFP-DD DWDM pluggable module is designed to help service providers, carriers and cable operators meet growing bandwidth demands in edge and access networks. It is also designed to provide a scalable traffic aggregation solution, as well as an upgrade path to migrate from existing 10G WDM networks to higher-performing 100G DWDM coherent links for new architectures in access networks, such as cable/fiber deep and 5G wireless X-haul applications.



# Related Resources



DCI Edge Transforming with Today's 400ZR Modules



400G Pluggables Usher in an Architectural Change to High-Bandwidth DCI





The New Era of 400G Coherent Pluggable Solutions



Advancing Coherent Interoperability with OpenZR+



Fibre Systems: Small Talk



VIEW MORE

## Want to learn more?

READ THE ACACIA BLOG

## Ready to accelerate your optical network?

CONTACT US

**About**

Our Unique Expertise

Our Competitive Strengths

Resources

Events

Careers

Conflict Minerals

**Applications**

DCI

Metro Carrier

Long Haul

Cable Access/Remote PHY

Submarine

Wireless Access

Wired Access

**Products**

Products

AC1200 Product Family

AC400 Product Family

CFP-DCO Product Family

CFP2-ACO Product Family

CFP2-DCO Product Family

OSFP Product Family

**Contact**

Terms & Conditions

E-Verify



QSFP-DD Product Family

DSP ASICs

Silicon PICs

**Follow Us**



Acacia Communications, Inc.
Corporate Headquarters

3 Mill and Main Place
Suite 400
Maynard, MA 01754

1-978-938-4896

©2021 Acacia Communications, Inc. All Rights Reserved | Connecting at the speed of light®

Terms of Use      Privacy Policy

