Acacia Communications Announces the Industry's Firs… SIGN IN



# Acacia Communications Announces the Industry's First 100G Coherent Module That Is Commercially Deployed Globally

Surpasses the 500 Unit Mark in 1H-2012 for Module Shipments and Installations

September 16, 2012 02:30 ET | Source: Acacia Communications

MAYNARD, MA--(Marketwire - Sep 16, 2012) - Acacia Communications, the leader in delivering intelligent subsystems for ultra-high speed fiber optic transmission, today announced that the Company has been shipping its commercial *AC100* coherent OIF-compliant modules in volume production since 2011, and are successfully deployed across optical networks in every region of the globe.

The *AC100* enables data center operators, carriers, cable operators, and service providers to meet ever-expanding bandwidth demand created by the growth of video and IP traffic on consumer and business devices. The module accomplishes this through significantly improved 100G transmission performance for long-haul and regional applications. Leveraging powerful digital signal processing techniques and optimized high-speed optical design, the *AC100* provides industry-leading optical performance including Soft-Decision Forward Error Correction and sophisticated digital signal processing capabilities. These features enable production network deployments such as the world's largest 100G network

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.

ACCEPT



Acacia Communications Announces the Industry's Firs... SIGN IN

ground-breaking 100G coherent module has been very strong among a host of market-leading communications partners, and we anticipate strong continued growth in *AC100* powered optical networks."

"Spending in the content provider and the enterprise spaces is driving a significant portion of the optical market as of Q2 of 2012, which is especially relevant for 100G vendors," said Eve Griliches, Vice President Optical Networking, ACG Research. "Acacia has demonstrable strength with product deployed in production networks with many customers now. Clearly they offer vendors, service providers and content providers with an MSA solution that can be leveraged immediately."

Acacia additionally announced today that Founder and CTO Benny Mikkelsen will be speaking at the 6th Annual Market Focus session at [ECOC 2012](#) in Amsterdam. Addressing "100G Coherent Transceiver Technologies for DWDM Metro Applications: Key requirements and Design Trends," Mikkelsen will be speaking on Tuesday, September 18 from 3:25 to 3:55 local time.

The *AC100* module, with its unique high performance long-haul capabilities, leverages a purpose built ASIC developed by Acacia and avoids the necessity of multiple regeneration sites across the network, reducing total network costs and complexity. Fully tested and qualified, the *AC100* is the first 100G coherent module to be OIF compliant. Key features and benefits include:

- Lowest power consumption in the industry, well below OIF recommendations
- Fully Telcordia qualified
- OIF MSA-compliant form factor
- Fast and extensive Polarization Mode Dispersion (PMD) compensation range, enabling transport of 100G over fiber links that cannot even support 10G today
- Comprehensive performance monitoring providing instant system and link information

The market for 100G subsystems is anticipated to grow to $2.5 billion per

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our [Privacy Policy](#).

ACCEPT

 Acacia Communications Announces the Industry's First... SIGN IN

manufacturing and business skills. Acacia designs, develops, manufactures, and markets intelligent subsystems for ultra high speed fiber optic transmission for local, metro, long-haul, and ultra-long haul applications. Our products use cutting edge optical and electrical technology based upon sophisticated modulation and digital signal processing techniques to power high-speed transmission at 40 Gbps, 100Gbps and beyond. For more information contact us at www.acacia-inc.com.

Contact Information:

**Contact:**

Chris Carleton

CHEN PR

781-672-3115

Cell: 857-891-2989

**Tags**

100G Coherent Module    Long-haul and regional application transmission

Optical networks    OIF-compliant

**Related Links**

- Acacia Communications

# Recommended Reading

November 07, 2016 14:30 ET | Source: Acacia Communications

## UPDATE - Acacia Communications Samples Industry's First Coherent CFP2-DCO

MAYNARD, MA--(Marketwired - Nov 7, 2016) - Acacia Communications (NASDAQ: ACIA), a leading provider of high-speed coherent optical interconnect products, today announced that it has started...

November 07, 2016 08:30 ET | Source: Acacia Communications

## Acacia Communications Samples Industry's First Coherent CFP2-DCO Offering Four

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.

ACCEPT

Case 8:21-cv-01473-CJC-JDE    Document 1-19    Filed 09/08/21    Page 4 of 4    Page ID #:1008

  

Acacia Communications Announces the Industry's Firs...    SIGN IN

**NexusTours strengthens its distribution strategy a...**
August 13, 2021 14:00 ET

**5 athletes training to represent Canada team up wi...**
August 13, 2021 13:34 ET

**How Digital Domain Turned the World into a Video G...**
August 13, 2021 13:25 ET

Mitch G... Nutritio... Internati... August 13,



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· **Home**
· **Newsroom**
· **RSS Feeds**
· **Legal**

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.

ACCEPT