



---

**Implementation Agreement
for
Integrated Dual Polarization Intradyne
Coherent Receivers**

---

**IA # OIF-DPC-RX-01.2**

**November 14, 2013**

Implementation Agreement to be revised and approved
by the Optical Internetworking Forum
www.oiforum.com

---

**Working Group:**          **Physical and Link Layer (PLL) Working Group**



IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers

---

**TITLE:**     **Implementation Agreement for Intradyne Coherent Receivers**
**IA # OIF-DPC-RX-01.2**

---

**SOURCE:**       **MAINTENANCE EDITOR**                    **WORKING GROUP CHAIR**

John E. Johnson, Ph.D.                      David R. Stauffer, Ph.D.
Avago Technologies, Inc.                    IBM Corporation
9999 Hamilton Blvd.                         1000 River Road, MC 862J
Breinigsville, PA  18031                    Essex Jct., VT 05452
Phone: +1-484-397-2368                      Phone: +1-802-769-6914
Email: john.johnson@avagotech.com           Email: dstauffe@us.ibm.com

**WORKING GROUP VICE CHAIR**

Karl Gass
Sandia National Laboratories
P. O. Box 5800 MS-0874
Phone: +1-505-844-8849
Email: iamthedonutking@mac.com

**ABSTRACT:** This contribution reflects the results from the first maintenance cycle of IA# OIF-DPC-RX-01.1 Implementation Agreement for Intradyne Coherent Receivers.

---



The OIF is an international non profit organization with over 90 member companies, including the world's leading carriers and vendors. Being an industry group uniting representatives of the data and optical worlds, OIF's purpose is to accelerate the deployment of interoperable, cost-effective and robust optical internetworks and their associated technologies. Optical internetworks are data networks composed of routers and data switches interconnected by optical networking elements.

With the goal of promoting worldwide compatibility of optical internetworking products, the OIF actively supports and extends the work of national and international standards bodies. Working relationships or formal liaisons have been established with IEEE 802.1, IEEE 802.3ba, IETF, IP-MPLS Forum, IPv6 Forum, ITU-T SG13, ITU-T SG15, MEF, ATIS-OPTXS,ATIS-TMOC, TMF and the XFP MSA Group.

For additional information contact:
The Optical Internetworking Forum, 48377 Fremont Blvd.,
Suite 117, Fremont, CA 94538
510-492-4040 ◆ info@oiforum.com

www.oiforum.com

**Notice:** This Technical Document has been created by the Optical Internetworking Forum (OIF). This document is offered to the OIF Membership solely as a basis for agreement and is not a binding proposal on the companies listed as resources above. The OIF reserves the rights to at any time to add, amend, or withdraw statements contained herein. Nothing in this document is in any way binding on the OIF or any of its members.

The user's attention is called to the possibility that implementation of the OIF implementation agreement contained herein may require the use of inventions covered by the patent rights held by third parties. By publication of this OIF implementation agreement, the OIF makes no representation or warranty whatsoever, whether expressed or implied, that implementation of the specification will not infringe any third party rights, nor does the OIF make any representation or warranty whatsoever, whether expressed or implied, with respect to any claim that has been or may be asserted by any third party, the validity of any patent rights related to any such claim, or the extent to which a license to use any such rights may or may not be available or the terms hereof.

© 2013 Optical Internetworking Forum

This document and translations of it may be copied and furnished to others, and derivative works that comment on or otherwise explain it or assist in its implementation may be prepared, copied, published and distributed, in whole or in part, without restriction other than the following, (1) the above copyright notice and this paragraph must be included on all such copies and derivative works, and (2) this document itself may not be modified in any way, such as by removing the copyright notice or references to the OIF, except as needed for the purpose of developing OIF Implementation Agreements.

By downloading, copying, or using this document in any manner, the user consents to the terms and conditions of this notice. Unless the terms and conditions of this notice are breached by the user, the limited permissions granted above are perpetual and will not be revoked by the OIF or its successors or assigns.

This document and the information contained herein is provided on an "AS IS" basis and THE OIF DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE OR FITNESS FOR A PARTICULAR PURPOSE.



# 1   <u>Table of Contents</u>

0   Cover Sheet.................................................................................................. 1
1   Table of Contents ....................................................................................... 4
2   List of Figures ............................................................................................ 5
3   List of Tables .............................................................................................. 5
4   Document Revision History ........................................................................ 6
5   Introduction ................................................................................................. 7
6   Functionality ............................................................................................... 8
7   High Speed Electrical Interface ................................................................. 9
8   Low Speed Electrical Interface ............................................................... 12
9   Environmental and Operating Characteristics ........................................ 14
10  Mechanical ................................................................................................ 15
11  References ................................................................................................. 20
    11.1  Normative references........................................................................ 20
    11.2  Informative references ..................................................................... 20
12  Appendix A: Glossary ............................................................................... 20
13  Appendix B: Opto-Electrical Properties (informative)................................ 21
14  Appendix C: Open Issues / current work items ....................................... 24
15  Appendix D: List of companies belonging to OIF when document is
     approved ................................................................................................ 25



IA # OIF-DPC-RX-01.2
IA for Integrated Intradyne Coherent Receivers

## 2    <u>List of Figures</u>

FIGURE 1: FUNCTIONAL DIAGRAM OF A DUAL POLARIZATION INTRADYNE RECEIVER ....... 9

FIGURE 2.1: HIGH-SPEED ELECTRICAL INTERFACE DEFINITION, TYPE 1 FORM FACTOR ..... 11

FIGURE 2.2: HIGH-SPEED ELECTRICAL INTERFACE DEFINITION, TYPE 2 FORM FACTOR ..... 12

FIGURE 3.1: MECHANICAL DIAGRAM, TYPE 1 FORM FACTOR. ...................................... 16

FIGURE 3.2: MECHANICAL DIAGRAM, TYPE 2 FORM FACTOR. ...................................... 17

FIGURE 4.1: DC/CONTROL PIN LANDING PAD LOCATION, TYPE 1 FORM FACTOR .................. 17

FIGURE 4.2: MOUNTING FLANGE AND DC/CONTROL PIN LANDING PAD LOCATION, TYPE 2 FORM FACTOR. ............................................................................................. 18

FIGURE 5: RECOMMENDED MAXIMUM ALLOWABLE LOCAL OSCILLATOR POWER MASK. 23

FIGURE 6: CMRR DEFINITION. ................................................................................ 23

FIGURE 7: TEST METHOD AND NOMENCLATURE FOR THE SIGN OF I-Q PHASE ..................... 24

## 3    <u>List of Tables</u>

TABLE 1: HIGH-SPEED ELECTRICAL INTERFACE DESCRIPTION .................................. 10

TABLE 2: HIGH-SPEED ELECTRICAL INTERFACE DIMENSIONS. .................................. 10

TABLE 3.1: LOW SPEED ELECTRICAL INTERFACE PIN DEFINITION, TYPE 1 FORM FACTOR. 13

TABLE 3.2: LOW SPEED ELECTRICAL INTERFACE PIN DEFINITION, TYPE 2 FORM FACTOR. 13

TABLE 4: OPERATING CHARACTERISTICS ................................................................ 14

TABLE 5: FIBER CHARACTERISTICS ....................................................................... 15

TABLE 6: MECHANICAL DIMENSIONS. .................................................................... 19

TABLE 7: OPTO-ELECTRICAL PROPERTIES .............................................................. 21



## 4    Document Revision History

| Version | Date | Description |
|---------|------|-------------|
| OIF-DPC-RX-01.0<br><br>Initial release | 16 April 2010 | Initial release |
| OIF-DPC-RX-01.1 | 20 Sept 2011 | Various editorial corrections.<br>Various additions to the descriptive text.<br>Addition of table of operating characteristics to section 9 specifying  several parameters.<br>Addition of table of fiber characteristics to section 10 specifying several parameters.<br>Update or addition of several mechanical dimensions of package including reduction of body length from 60mm to 50mm.<br>Designation of DC pins 5&6 for connecting internal monitor photodiode.<br>Removal of subscripts distinguishing PD bias pins to accommodate multiple versions already in use.<br>Removal from appendix of items now specified in IA body. |
| OIF-DPC-RX-01.2 | 14 Nov 2013 | Multiple editorial changes to refer to the original Integrated Intradyne Coherent Receiver form factor as "Type 1."<br>Multiple revisions to add the definition of a new "Gen-2" reduced size form factor as "Type 2."<br>Delete the 6V photodiode bias option in Table 4.<br>Add an informative test method and nomenclature for the sign of I-Q phase as Figure 7.<br>Delete Appendix C, FPC Interfaces (Informative) |



## 5   <u>Introduction</u>

This document details an implementation agreement for an integrated intradyne coherent receiver initially targeting 100G PM-QPSK applications with nominal symbol rates up to 32 GBaud. While specifically addressing 100G PM-QPSK applications, this Implementation Agreement strives to remain modulation format and data rate agnostic whenever practical to maximize applicability to future market requirements. This document is not a multi-source agreement, but is expected to be the foundation of future MSAs.

100G DWDM represents a significant development expense for component and system suppliers. Currently available photonics components addressing the market are discrete and varied. A need for integration has been identified in order to meet cost and size objectives. This implementation agreement aims to reduce risk to component suppliers and users by identifying and specifying common features and properties of the devices that will enable them to broadly meet the needs of this emerging market.

This Implementation Agreement originates from the "100G long-distance DWDM integrated photonics" project, undertaken in the Physical Link Layer working group. This Implementation Agreement defines: (1) Required functionality. (2) High speed electrical interfaces. (3) Low speed electrical interfaces. (4) Mechanical requirements. (5) Environmental requirements. Also included are informative specifications for (6) opto-electronic interfaces.  Two distinct electro-mechanical form factors are defined in this revision of the Implementation Agreement. This Implementation Agreement does not define the type of technology used in photonics sub-components, nor expected optical transmission performance of systems using receivers conforming to this Implementation Agreement. This Implementation Agreement is intentionally structured not to preclude differentiation of product or system performance.



## 6    <u>Functionality</u>

The required functionality for the integrated coherent receiver is shown within the dashed line in Figure 1. A single component containing the described functionality is not required to meet the objectives of this implementation agreement.

As indicated in Figure 1, the coherent receiver requires the following basic functionality:

1. Eight (8) photo-detectors, comprised of 4 sets of balanced detectors
2. Four (4) linear amplifiers with differential output
3. Two (2) ninety degree hybrid mixers with differential outputs
4. A polarization splitting element, separating the input signal into two orthogonal polarizations, with each polarization delivered to a hybrid mixer
5. A polarization maintaining power splitter or polarization splitting element, splitting the local oscillator power equally to the two hybrid mixers
6. An optical power tap and monitor photodiode in the signal input path.
7. A variable optical attenuator in the signal input path between the signal power tap and the signal polarization splitting element.

At a minimum, the first 3 of the above functions must be contained in a single photonics component to meet the objectives of this implementation agreement for the Type 1 form factor integrated coherent receiver.  The first 5 of the above functions must be contained in a single photonics component to meet the objectives for the Type 2 form factor integrated coherent receiver.  The remaining features are optional in both cases.

The polarization channels are indicated in Figure 1 as 'X-Pol' and 'Y-Pol' and the phase channels for each labeled XI, XQ and YI,YQ respectively. The complementary outputs for each channel are labeled 'p' and 'n'.  X and Y indicate a pair of mutually orthogonal polarizations of any orientation.  I and Q are mutually orthogonal phase channels in each polarization.  I and Q are established relative to the phase of the Local Oscillator where the relationship of the phase of the Signal in the Q channel to the Local Oscillator is either advanced or delayed by nominally 90 degrees as compared to the relationship in the I channel.  The relative advance or delay of the Q channel in the Y polarization channel should correspond to that in the X polarization channel.  The testing method and nomenclature of Figure 7 in Appendix B shall be used to establish the relative advance or delay of the Q channel with respect to the I channel.  Outputs 'p' and 'n' are the complementary outputs for each polarization-phase channel and are such that the output voltage for 'p' increases as the Signal and Local Oscillator approach the in-phase condition to form constructive interference, and the output voltage for 'n' decreases under the same conditions.

OIF **OPTICAL INTERNETWORKING FORUM**

IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers

Additional required functionality for the integrated coherent receiver includes:
- Automatic Gain Control (AGC) and/or Manual Gain Control (MGC)
- User settable output voltage swing
- Independent output swing adjustment for each of the four outputs
- Peak indicators for each output



**Figure 1: Functional diagram of a dual polarization intradyne coherent receiver. The yellow area enclosed by the dashed line indicates the functionality specified in this implementation agreement.**

## 7   High Speed Electrical Interface

The high speed electrical interface is co-planar waveguide, consistent with the pitch and pin definition detailed in Table 1, Table 2, and Figure 2.1 and 2.2. It is noted for the channel pin-out shown in Figure 2.1 and 2.2 that X, Y, I, Q, p, and n are consistent with the descriptions in Section 6. It is also noted that alternate polarities for the differential signals specified in Figure 2.1 and 2.2 are acceptable.

OIF OPTICAL INTERNETWORKING FORUM

IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers

**Table 1: High-speed electrical interface description.**

| Parameter | Form Factor | Value | Notes |
|---|---|---|---|
| Interface Type | All | Differential | |
| Channel Number | All | 4 | |
| Channel Configuration | Type 1<br>Type 2 | G-S-G-S-G<br>G-S-S-G | Per Figure 2.1<br>Per Figure 2.2 |
| Signal Line Coupling | All | AC | |
| Signal Line Impedance | Type 1<br>Type 2 | 50 ohm to Ground<br>100 ohm Differential | |
| Channel Pin-out | All | XI<br>XQ<br>YI<br>YQ | Per Figure 2.1 and Figure 2.2 |
| Differential Pin-Out | All | Signal<br>Complimentary Signal | p<br>n |

**Table 2: High-speed electrical interface dimensions.**

| Parameter | Symbol | Form Factor | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| Lead Pitch | A | All | | 1.0 | | mm |
| Lead Length (referenced from outside wall of package, as defined by dimension LP2 in Section 10) | B | Type 1<br>Type 2 | 2.00<br>1.50 | | 3.00 | mm |
| Signal Lead Width | C | All | 0.10 | | 0.30 | mm |
| Ground Lead Width | D | All | 0.10 | | 0.50 | mm |
| Channel Pitch | E | Type 1<br>Type 2 | | 5.0<br>3.0 | | mm |
| Signal to Complimentary Signal Pitch | F | Type 1<br>Type 2 | | 2.0<br>1.0 | | mm |

**Figure 2.1: High-speed electrical interface definition for Type 1 form factor.**



**Figure 2.2: High-speed electrical interface definition for Type 2 form factor.**

# 8    Low Speed Electrical Interface

The low speed electrical connections for the Type 1 form factor are provided
through 40 pins, located and numbered as shown in Figure 3.1. The low speed
electrical connections for the Type 2 form factor are provided through 34 pins,
located and numbered as shown in Figure 3.2. Unused pins are not required to
be present.

The photocurrent of each photodiode, or a representative equivalent quantity,
shall be measurable.

The pin pitch is specified to be 1.27 mm for Type 1 and 1.0 mm for Type 2 form
factor.

The pin definitions for the low speed electrical interfaces are provided in Tables
3.1 and 3.2.

**OIF** OPTICAL INTERNETWORKING FORUM

IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers

**Table 3.1: Low speed electrical interface pin definition for Type 1 form factor.**

| Pin # | Symbol | Description | Pin # | Symbol | Description |
|---|---|---|---|---|---|
| 1 | SD-Y | Shutdown YI (optional) | 40 | RFU | Reserved for Future Use |
| 2 | PI-YI | Peak Indicator YI | 39 | PI-XQ | Peak Indicator XQ |
| 3 | GA-YI | Gain Adjust YI | 38 | GA-XQ | Gain Adjust XQ |
| 4 | OA-YI | Output Amplitude Adjust YI | 37 | OA-XQ | Output Amplitude Adjust XQ |
| 5 | MPD+ | Monitor Photodiode Cathode (optional) | 36 | RFU | Reserved for Future Use |
| 6 | MPD- | Monitor Photodiode Anode (optional) | 35 | MC/AGC-X | MGC/AGC Selection X (optional) |
| 7 | VCC-YI | Supply Voltage Amplifier YI | 34 | VCC-XQ | Supply Voltage Amplifier XQ |
| 8 | GND | Ground Reference | 33 | GND | Ground Reference |
| 9 | PD-YI | Photodiode Bias Voltage YI[1] | 32 | PD-XQ | Photodiode Bias Voltage XQ[1] |
| 10 | PD-YI | Photodiode Bias Voltage YI[1] | 31 | PD-XQ | Photodiode Bias Voltage XQ[1] |
| 11 | PD-YQ | Photodiode Bias Voltage YQ[1] | 30 | PD-XI | Photodiode Bias Voltage XI[1] |
| 12 | PD-YQ | Photodiode Bias Voltage YQ[1] | 29 | PD-XI | Photodiode Bias Voltage XI[1] |
| 13 | GND | Ground Reference | 28 | GND | Ground Reference |
| 14 | VCC-YQ | Supply Voltage Amplifier YQ | 27 | VCC-XI | Supply Voltage Amplifier XI |
| 15 | MC/AGC-Y | MGC/AGC Selection Y (optional) | 26 | RFU | Reserved for Future Use |
| 16 | RFU | Reserved for Future Use | 25 | RFU | Reserved for Future Use |
| 17 | OA-YQ | Output Amplitude Adjust YQ | 24 | OA-XI | Output Amplitude Adjust XI |
| 18 | GA-YQ | Gain Adjust YQ | 23 | GA-XI | Gain Adjust XI |
| 19 | PI-YQ | Peak Indicator YQ | 22 | PI-XI | Peak Indicator XI |
| 20 | RFU | Reserved for Future Use | 21 | SD-X | Shutdown XI (optional) |

[1]PD-YI, PD-YQ, PD-XI, PD-XQ each represent 2 pins wherein each one of the two pins independently supplies the bias voltage to correspondingly each one of the two photodiodes for the labeled Polarization / Phase channel.

**Table 3.2: Low speed electrical interface pin definition for Type 2 form factor.**

| Pin # | Symbol | Description | Pin # | Symbol | Description |
|---|---|---|---|---|---|
| 1 | RFU | Reserved for Future Use | 34 | RFU | Reserved for Future Use |
| 2 | RFU | Reserved for Future Use | 33 | RFU | Reserved for Future Use |
| 3 | MC/AGC | MGC/AGC Selection (optional) | 32 | SD | Shutdown (optional) |
| 4 | MPD+ | Monitor Photodiode Cathode (optional) | 31 | VOA1 | VOA1 Adjust Voltage (optional)[2] |
| 5 | MPD- | Monitor Photodiode Anode (optional) | 30 | VOA2 | VOA2 Adjust Voltage (optional)[2] |
| 6 | PD-YI | Photodiode Bias Voltage YI[1] | 29 | PD-XQ | Photodiode Bias Voltage XQ[1] |
| 7 | PD-YI | Photodiode Bias Voltage YI[1] | 28 | PD-XQ | Photodiode Bias Voltage XQ[1] |
| 8 | PD-YQ | Photodiode Bias Voltage YQ[1] | 27 | PD-XI | Photodiode Bias Voltage XI[1] |
| 9 | PD-YQ | Photodiode Bias Voltage YQ[1] | 26 | PD-XI | Photodiode Bias Voltage XI[1] |
| 10 | PI-YI | Peak Indicator YI | 25 | PI-XQ | Peak Indicator XQ |
| 11 | GA-YI | Gain Adjust YI | 24 | GA-XQ | Gain Adjust XQ |
| 12 | OA-YI | Output Amplitude Adjust YI | 23 | OA-XQ | Output Amplitude Adjust XQ |
| 13 | VCC-Y | Supply Voltage Amplifier Y | 22 | VCC-X | Supply Voltage Amplifier X |
| 14 | GND | Ground Reference | 21 | GND | Ground Reference |
| 15 | OA-YQ | Output Amplitude Adjust YQ | 20 | OA-XI | Output Amplitude Adjust XI |
| 16 | GA-YQ | Gain Adjust YQ | 19 | GA-XI | Gain Adjust XI |
| 17 | PI-YQ | Peak Indicator YQ | 18 | PI-XI | Peak Indicator XI |

[1] PD-YI, PD-YQ, PD-XI, PD-XQ each represent 2 pins wherein each one of the two pins independently supplies the bias voltage to correspondingly each one of the two photodiodes for the labeled Polarization / Phase channel.
[2] Pins 31 and 30 (VOA1 and VOA2) shall not be connected internally to Ground.

## 9    Environmental and Operating Characteristics

Basic operating characteristics are listed in Table 4.

**Table 4: Operating Characteristics**

| Parameter | | Unit | Min | Typ | Max | Note |
|---|---|---|---|---|---|---|
| Symbol Rate | | GBaud | | 32 | | |
| Operating Frequency | C-Band | THz | 191.35 | | 196.20 | #1 |
| | L-Band | | 186.00 | | 191.50 | |
| Amplifier Supply Voltage | | V | | 3.3 | | |
| Photodiode Bias Voltage | Option 3.3 | V | 3.135 | 3.3 | 3.465 | #2 |
| | Option 5.0 | | 4.75 | 5.0 | 5.25 | |
| Monitor Photodiode Bias Voltage | Option 3.3 | V | 3.135 | 3.3 | 3.465 | |
| | Option 5.0 | | 4.75 | 5.0 | 5.25 | |
| Operating Temperature | Standard | °C | -5 | | 75 | #3 |
| | Preferred | | -5 | | 80 | |
| Operating Humidity | | %RH | 5 | | 85 | #4 |

#1  Minimum supported range.  On 50 GHz grid, as defined in G694.1.  At least one of the two frequency bands to be supported.
#2  Vendor to state which Bias Voltage option or options are allowed both for signal Photodiodes and Monitor Photodiodes.
#3  Max temperature is the outside surface temperature of the photonic module and is to be measured in the "hot zone" of the case.
#4  Non condensing.



IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers

## 10   <u>Mechanical</u>

The mechanical requirements for the integrated coherent receiver are detailed in Figures 3.1, 3.2, 4.1 and 4.2, and Tables 5 and 6. The requirements include:

- Fiber input and high speed electrical output located on opposite sides
- Signal input fiber to be Single Mode Fiber (SMF)
- Local oscillator fiber to be Polarization Maintaining Single Mode Fiber (PM SMF)
- DC supply and control voltages applied from remaining sides
- The thermal transfer path shall be through the PCB side of the device
- The devices hot region shall be within the area indicated in Figures 3.1 and 3.2.
- Use of appropriate strain relief in high speed electrical pins

For Type 1 form factor implementations with BS and/or PBS functions located external to the main photonics component, the maximum envelope shall pertain only to the main photonics component.

**Table 5: Fiber Characteristics**

| Parameter | | Unit | Min | Typ | Max | Note |
|---|---|---|---|---|---|---|
| Minimum Fiber Bend Radius: SM-PMF on Local Oscillator Input | Standard | mm | | | 20 | #1 #2 #3 |
| | Preferred | | | | 15 | |
| Minimum Fiber Bend Radius:  SMF on Signal Input | | mm | | | 15 | |

#1  The polarization state in any PM fiber shall be aligned to the slow axis of the PM fiber.
#2  The slow axis of any PM fibers shall be aligned to the connector key.
#3  All fibers to be uniquely identified.



**Figure 3.1: Mechanical diagram for Type 1 form factor.**



**Figure 3.2: Mechanical diagram for Type 2 form factor.**



**Figure 4.1: DC/control pin landing pad location for Type 1 form factor.**

OIF OPTICAL INTERNETWORKING FORUM

IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers



1

2 **Figure 4.2: Mounting flange and DC/control pin landing pad location for Type 2 form factor.**



IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers

**Table 6:  Mechanical dimensions.  All dimensions in mm.**

| Symbol | Description | Type 1 Form Factor | | | Type 2 Form Factor | | | Note |
|---|---|---|---|---|---|---|---|---|
| | | Min | Nom | Max | Min | Nom | Max | |
| H | Package height | | | 9 | 3.5 | | 6.5 | |
| LT | Total length, including 90 degree fiber bend | | | 90 | | | 60 | |
| LF | Full length of package, including fiber boots | | | 70 | | | 45 | |
| LB | Length of package body | | | 50 | | | 33 | |
| LH | Distance between mounting holes (optional) | | 34 | | | 22 | | |
| LP1 | Distance between mounting hole center and center of last dc pin | | 4.935 | | | 3.0 | | |
| LP2 | Distance between mounting hole center and RF end of package | | 3 | | | 1.5 | | |
| LP3 | DC/Control pin landing pad location relative to mounting hole center | | | 1.5 | | 1.0 | | Note #2 |
| LP4 | DC/Control pin landing pad length | 2.5 | | | | 3.0 | | |
| WF | Width of package, including mounting flanges and DC pins | | | 41 | | | 22 | |
| WH | Distance between mounting holes | | 32 | | | 19 | | |
| WB | Width of package body | | 27 | | | 16 | 17 | |
| WP | Distance between mounting hole center and first RF pin center | | 6.5 | | | 3.5 | | |
| HA | Location of hot region relative to package edge | 3 | | 4 | 3 | | 4 | |
| HB | Location of hot region relative to package edge | HW to be centered in package | | | HW to be centered in package | | | |
| HW | Width of hot region | | | WB | | | WB | Centered in package |
| HL | Length of hot region | | | 25 | | | 20 | |
| WK | Width of boot area Keep-Out region | | | 22 | | | 12 | Centered to Package |
| LK | Length of boot area Keep-Out region | (Max LF) - LB | | | (Max LF) - LB | | | Maximum |
| WM | Width of mounting flanges | | | | 2.5 | 3 | 4 | |
| HM | Height of mounting flanges | | | | | 0.2 | 0.4 | Note #1 |
| CB | Clearance under fiber boots | | | | 0.3 | | | |
| DM | Diameter of mounting holes | | 2.9 | | 1.55 | 1.60 | 1.65 | |
| WS | Width of mounting foot pad | | | | | 3.5 | | |

#1  Type 1 mounting flanges are screw-down type.  Type 2 mounting flanges are screw-down and/or solder type.
#2. For Type 1 form factor LP3 is offset away from the package body.  For Type 2 form factor LP3 is offset towards the package body. Refer to Figures 4.1 and 4.2.



## 11   <u>References</u>

   11.1     Normative references
   11.2     Informative references

## 12   <u>Appendix A: Glossary</u>

| | |
|---|---|
| ADC | Analog to Digital Converter |
| AGC | Automatic Gain Control |
| BS | Beam Splitter |
| CMRR | Common Mode Rejection Ratio |
| DSP | Digital Signal Processor |
| GBaud | $10^9$ Symbols per second |
| IA | Implementation Agreement |
| LO | Local Oscillator |
| MGC | Manual Gain Control |
| MPD | Monitor Photodiode |
| MSA | Multi-Source Agreement |
| OIF | Optical Internetworking Forum |
| PBS | Polarization Beam Splitter |
| PCB | Printed Circuit Board |
| PM-QPSK | Polarization Multiplexed Quadrature Phase Shift Keying |
| THD | Total Harmonic Distortion |
| VOA | Variable Optical Attenuator |

## 13 Appendix B: Opto-Electrical Properties (informative)

Opto-electrical properties consistent with the application and objectives described in the 100G framework document are provided in Table 7.  These values are to be interpreted as target values. It is expected that values will be updated as necessary and become normative and moved to the main body of this document as the technology matures.

**Table 7: Opto-electrical properties**

| Parameter | Units | Min | Typ | Max | Comments |
|---|---|---|---|---|---|
| Symbol Rate | GBaud | | | 32 | |
| Operating Signal Power | dBm | -18 | -10 | 0 | Average optical power |
| Local Oscillator Power | dBm | | | | See Figure 5 for recommended operating conditions. |
| Linear output swing adjustment range<br>Standard<br>Extended | <br><br>mVppd<br>mVppd | <br><br>300<br>400 | <br><br>500 | <br><br>700<br>900 | Peak to peak, differential, AC coupled |
| Maximum Gain Control Bandwidth | MHz | | 5 | | Settable via external control. Measured by applying step at gain control node such that output changes 5%. BW is estimated by 0.22/Tr where Tr is 20-80% rise/fall of the output envelope step. |
| Total Harmonic Distortion (THD)<br><br>DC current = 1.3 mA<br>AC = 0.36mApp in to each PD<br>$V_{OUT|DIFF}$ = 500mVpp<br>$F_{IN}$ = 1GHz ± 10% | % | | | 5 | Assumptions:<br>P(SIG) = -10dBm<br>P(LO) = 13dBm<br>Excess loss = 2dB,<br>PD Responsivity = 0.8A/W |
| Common Mode Rejection Ratio ($CMRR_{DC}$)<br>Signal to I & Q<br>LO to I & Q | <br><br>dBe<br>dBe | | | <br><br>-20<br>-12 | See Figure 6 for definition |
| Common Mode Rejection Ratio ($CMRR_{22GHz}$)<br>Signal to I & Q<br>LO to I & Q | <br><br>dBe<br>dBe | | | <br><br>-16<br>-10 | See Figure 6 for definition |



| Small Signal Bandwidth (3dB) | GHz | | 22 | | |
|---|---|---|---|---|---|
| Low Frequency Cutoff | kHz | | | 100 | AC coupling |
| Phase Error | ±deg | | | 5 | Between XI and XQ and between YI and YQ<br>See Figure 7 for test method and nomenclature. |
| Optical Reflectance | dB | | | -27 | Signal and LO ports. Per ITU-T G.959.1 |
| Output Electrical Return Loss (S22):<br>  f < 16 GHz<br>  16 GHz < f < 24 GHz<br>  24 GHz < f < 32 GHz | <br><br>dB<br>dB<br>dB | <br><br>10<br>8<br>6 | | | |
| Skew: p, n | ps | | | 2 | |
| Channel skew | ps | | | 10 | Time difference between earliest and latest channel.<br><br>Includes channel skew variation. |
| Channel skew variation | ps | | | 5 | Temporal variation in the skew between any 2 channels due to case temperature, wavelength, input optical power, amplifier gain, and aging.<br><br>Time for channel defined as mean of p and n. |
| Signal MPD responsivity | A/W | | 0.05 | | Optional feature |
| Signal MPD to LO input optical isolation | dB | | 45 | | Optional feature |
| VOA Type | | | Normally Open | | Optional feature |
| VOA control voltage | V | | | 9 | Optional feature |
| VOA attenuation range | dB | 10 | | | Optional feature |

OIF **OPTICAL INTERNETWORKING FORUM**

IA # OIF-DPC-RX-01.2
IA for Integrated Intradyne Coherent Receivers

1
2
3



| P_signal (dBm) | P_LO (dBm) | I_diff_pp (mA) |
|---|---|---|
| 0 | 3 | 0.715 |
| -3 | 6 | 0.715 |
| -6 | 9 | 0.715 |
| -10 | 13 | 0.715 |
| -13 | 16 | 0.715 |
| -16 | 16 | 0.506 |
| -18 | 16 | 0.402 |

4

5 **Figure 5: Recommended maximum allowable local oscillator power mask as a function of
6 signal power to the integrated receiver for linear operation. A photodiode responsivity of
7 0.8A/W, NRZ coding, back to back operation, 0.715mA peak to peak differential linear input
8 dynamic range, and an excess loss of 2dB are assumed . P_LO power level is as applied
9 prior to the splitter equally dividing LO between X and Y partitions.**

10
11
12



CMRR (electrical) = $20\log[\,|I_1 - I_2|\,/(I_1 + I_2)]$

13
14 **Figure 6: CMRR definition.**

15

OIF OPTICAL
INTERNETWORKING
FORUM

IA # OIF-DPC-RX-01.2

IA for Integrated Intradyne Coherent Receivers



**Figure 7: Test method and nomenclature for the sign of I-Q phase.  The measurement shall
be made by the heterodyne technique with the frequency of the Signal input greater than
the frequency of the LO input and the I and Q channel electrical outputs measured in the
time domain.  The relative phase shown in (a) shall be referred to as "Advanced-Q" and
the relative phase shown in (b) shall be referred to as "Delayed-Q" for the case where 'p'
and 'n' RF outputs have the same relative order for both I and Q.**

## 14   Appendix C: Open Issues / current work items

## 15   Appendix D: List of companies belonging to OIF when document is approved

Acacia Communications
ADVA Optical Networking
Agilent Technologies
Alcatel-Lucent
Altera
AMCC
Amphenol Corp.
Anritsu
Applied Communication Sciences
AT&T
Avago Technologies Inc.
Broadcom
Brocade
Centellax, Inc.
China Telecom
Ciena Corporation
Cisco Systems
ClariPhy Communications
Coriant
Cortina Systems
CPqD
Department of Defense
Deutsche Telekom
Emcore
Ericsson
FCI USA LLC
Fiberhome Technologies Group
Finisar Corporation
Fujitsu
Furukawa Electric Japan
Google
Hewlett Packard
Hitachi
Hittite Microwave Corp
Huawei Technologies
IBM Corporation
Infinera
Inphi
Intel
JDSU
Juniper Networks
Kaiam

Kandou
KDDI R&D Laboratories
LeCroy
LSI Corporation
Luxtera
M/A-COM Technology Solutions, Inc.
Marben Products
Metaswitch
Mindspeed
Mitsubishi Electric Corporation
Molex
MoSys, Inc.
MultiPhy Ltd
NEC
NeoPhotonics
NTT Corporation
Oclaro
Optelian
Orange
PETRA
PMC Sierra
QLogic Corporation
Ranovus
Semtech
Skorpios Technologies
Sumitomo Electric Industries
Sumitomo Osaka Cement
TE Connectivity
Tektronix
Tellabs
TELUS Communications, Inc.
TeraXion
Texas Instruments
Time Warner Cable
TriQuint Semiconductor
u2t Photonics AG
US Conec
Verizon
Xilinx
Xtera Communications
Yamaichi Electronics Ltd.