

Lawrence R. LaPorte
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4196
E-mail: LLaPorte@manatt.com

December 18, 2017

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Brian Protiva
Chief Executive Officer
Christian Rieder
Vice President, General Counsel and Chief Compliance Officer
ADVA Optical Networking Inc.
5755 Peachtree Industrial Boulevard
Norcross, GA 30092

Re:   **Notice of Infringement of Core Optical Technologies, LLC's U.S. Patent No. 6,782,211 by ADVA Optical Networking**

Dear Messrs. Protiva and Rieder:

This law firm represents Core Optical Technologies, LLC ("Core Optical") in connection with its patent rights. Core Optical is the owner of United States Patent No. 6,782,211 ("the '211 Patent"). A copy of the '211 patent is enclosed herewith as Exhibit A.

Core Optical provides this letter to ADVA Optical Networking ("ADVA") as actual notice under 35 U.S.C. §287 of infringement of the '211 Patent arising from ADVA's manufacture, use, importation, offer for sale, and/or sale in the United States of ADVA's coherent 100G and higher transport solutions including at least the ADVA FSP 3000 AgileConnect™, FSP 3000 CloudConnect™ and FSP 3000 AccessConnect™ optical transport solutions.

Core Optical is open to discussing its patent rights with you to extent that ADVA is interested in an amicable resolution. Please feel free to call me should you or one of ADVA's representatives wish to discuss this matter.

Very truly yours,

Manatt, Phelps & Phillips, LLP

Lawrence R. LaPorte
Partner

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224
Albany | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

**manatt**
manatt | phelps | phillips

December 18, 2017
Page 2


Cc:     Brian Potiva, CEO
        Christian Rieder, General Counsel
        ADVA Optical Networking SE - Headquarters
        Campus Martinsried
        Fraunhoferstraße 9a
        82152 Martinsried/Munich
        Germany
        (Via Federal Express)