| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Lawrence Hadley and Stephen Underwood<br>Glaser Weil Fink Howard Avchen & Shapiro LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-3000 | CLEAR FORM |

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Core Optical Technologies, LLC<br><br>Plaintiff(s),<br>v.<br>Acacia Communications, Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Core Optical Technologies, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Core Optical Technologies, LLC | Plaintiff |

| | |
|---|---|
| September 8, 2021 | /s/ Lawrence M. Hadley |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Core Optical Technologies, LLC