# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Core Optical Technologies, LLC<br><br>v.<br>Acacia Communications, Inc.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-cv-01473-CJC-(JDEx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

September 13, 2021                         John A. Kronstadt  /s/
_____                            _____
Date                                       United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____                            _____
Date                                       United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:19-cv-02189-JAK-(RAOx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   John D. Early   to Magistrate Judge   Rozella A. Oliver  .

On all documents subsequently filed in this case, please substitute the initials   JAK-(RAOx)   after the case number in place of the initials of the prior judge, so that the case number will read   8:21-cv-01473-JAK-(RAOx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*