LAWRENCE M. HADLEY - State Bar No. 157,728
lhadley@glaserweil.com
STEPHEN E. UNDERWOOD - State Bar No. 320,303
sunderwood@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
Core Optical Technologies, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACACIA COMMUNICATIONS, INC.<br><br>    Defendant. | CASE NO: 8:21−cv−01473−JAK (RAOx)<br><br>**STIPULATION FOR STAY OF PROCEEDINGS AGAINST DEFENDANT** |

Plaintiff Core Optical Technologies, LLC ("Core") and Defendant Acacia Communications, Inc. ("Acacia" or "Defendant") (collectively, "the Parties") hereby stipulate to, and request, a stay of the proceedings in this case. The Parties believe that the requested stay will advance judicial economy, by minimizing the use of resources on this case while the case between Core and Cisco (C.D. Cal. Case No. 8:20-cv-01468-JAK-RAO ("the *Cisco* case")) proceeds.

## I.   BACKGROUND

On August 7, 2020, Core sued Cisco for infringement of certain method claims of Core's U.S. Pat. No. 6,782,211 ("the '211 patent"). Acacia is a wholly-owned subsidiary of Cisco, and in the complaint against Acacia, Core alleges that Cisco (and others) use a component manufactured and sold by Acacia in systems alleged to infringe when used to receive and process optical signals. The Parties have discussed whether this case should be stayed to promote judicial economy and conserve resources, while the underlying *Cisco* case proceeds. The Parties agree that whether Acacia is liable to Core for the uses of the component in Cisco's optical receiver systems will largely be determined in the underlying action against Cisco.  Thus, the Parties have agreed to such a stay, which they now request.

## II.   REQUEST FOR STAY

The Parties hereby request that all proceedings between them in this case be STAYED and that the Parties be ordered to meet and confer and to jointly report to the Court regarding continuation of the stay and requested duration of the stay on or before the earlier of (i) August 31, 2022; or (ii) two weeks before the final pre-trial conference in the *Cisco* case, which is currently stayed pending resolution of Cisco's summary judgment motion. *Cisco* Case, ECF No. 77.  The Parties believe that such a stay is appropriate to conserve judicial and party resources while the *Cisco* case proceeds at least through discovery, claim construction, dispositive motions, and ADR as required by L.R. 16-15, and possibly through trial and any appeal. Thus, the Parties believe it is reasonable for the Court to stay proceedings between them at least

until the earlier of August 31, 2022, or two weeks before the final pre-trial conference in the underlying *Cisco* case, at which time the parties will report to the Court regarding whether the stay should be continued.

The Parties further agree that, notwithstanding the stay, Core may complete discovery it served on Acacia pursuant to a subpoena under Federal Rule of Civil Procedure 45 in the *Cisco* case. By entering into this stipulation for a stay, Acacia preserves any objections it previously served to the subpoena, except that the entry of this stay shall not be used as a basis to further object to the subpoena requests.

WHEREFORE, the Parties respectfully request that their requested stay be entered, and that proceedings between Core and the Defendant, except as to any discovery previously agreed to under Rule 45, be STAYED, and that the Parties be ordered to meet and confer and to jointly report to the Court regarding continuation of the stay and requested duration of the stay on or before the earlier of: (i) August 31, 2022; or (ii) two weeks before the final pre-trial conference in the *Cisco* case.

DATED:  November 30, 2021

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: */s/Lawrence Hadley*
LAWRENCE M. HADLEY
STEPHEN E. UNDERWOOD
Attorneys for Plaintiff
Core Optical Technologies, LLC

DATED:  November 30, 2021

WINSTON & STRAWN LLP

By: */s/ David Enzminger*
David Enzminger
Krishnan Padmadabhan
Attorneys for Defendant Acacia
Communications, Inc.