# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC.<br><br>Defendant. | No. 8:21−cv−01473−JAK (RAOx)<br><br>**ORDER RE STIPULATION FOR STAY OF PROCEEDINGS AGAINST DEFENDANT (DKT. 13)** |

1	WHEREAS, Plaintiff Core Optical Technologies, LLC ("Core") and Defendant Acacia Communications, Inc. ("Acacia") (collectively, the "Parties"), have stipulated to stay the proceedings in this case while the case between Core and Cisco (C.D. Cal. Case No. 8:20-cv-01468-JAK-RAO (the "*Cisco* case")) proceeds;

WHEREAS, the Parties represent that the resolution of certain issues in the *Cisco* case could potentially streamline issues in this case;

WHEREAS, the Parties agree that, during the stay, Core may seek discovery from Acacia via Rule 45 subpoena previously served in the *Cisco* case, and that Acacia reserves all rights under its previously-served objections to that subpoena (except as to any new objections based on the entry of this stay); and,

WHEREAS, the Court finds that judicial and party economy would be best served by granting the Parties' requested stay.

Based on a review of the Parties' Stipulation for Stay of Proceedings Against Defendant (the "Stipulation" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

1.	All proceedings between Core and Acacia, except proceedings pursuant to Rule 45 in the *Cisco* case, are hereby STAYED;

2.	The Parties shall meet and confer, and jointly report to the Court regrading continuation of the stay and the requested duration of the stay, on or before the earlier of: (i) August 31, 2022; or (ii) two weeks before the final pre-trial conference in the *Cisco* case; and,

3.	This stay shall remain in effect until dissolved by order of the Court.

**IT IS SO ORDERED.**

DATE: December 3, 2021

John A. Kronstadt
United States District Judge